1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10

11  MARVIN M. BURRELL JR.,          ) Case No. CV 09-8775-GAF(RC)
                                    )
12                 Petitioner,      )
    vs.                             )   JUDGMENT
13                                  )
    GARY SANDOR,                    )
14                                  )
                   Respondent.      )
15  _____  )

16

17       Pursuant to the Opinion and Order on a petition for habeas

18  corpus,

19

20       IT IS ADJUDGED that the habeas corpus petition and action are

21  SUMMARILY DISMISSED for lack of subject matter jurisdiction.

22

23

24  DATE: December 11, 2009          _____
                                            GARY A. FEESS
25                                     UNITED STATES DISTRICT JUDGE

26

27  R&Rs-MDOs\09-8775.jud
    12/3/09

28